

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00210-CV

IN RE JEFFREY CHARLES MANN                        RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NOS. F-2002-1487-A, F-2002-1488-A, F-2002-1489-A,
F-2003-0281-A, F-2003-0282-A, F-2003-0283-A

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: July 13, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).